UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Cathleen Marguerette Harbaugh | : | Case No. 26-20282-JCM |
| | : | Chapter 13 |
| *Debtor* | : | |
| | : | Hearing: February 24, 2026 at 1:30 p.m. |

## ORDER TO SHOW CAUSE

The Debtor's current case at 26-20282-JCM was filed on January 30, 2026. The case is in a posture for dismissal as a result of the history of multiple case filings, i.e., more than 3 cases filed in the previous 10 years. The Debtor filed the following Bankruptcy Cases:

(1) 24-21346-JCM (Cathleen Marguerette Harbaugh) filed May 30, 2024, (Chapter 13 Case). Case Dismissed November 18, 2025, for failure to make plan payments;

(2) 23-22795-JCM (Cathleen Marguerette Harbaugh) filed December 29, 2023, (Chapter 13 Case). Case Dismissed January 19, 2024, for failure to file information. Case Closed February 7, 2024;

(3) 23-21659-JCM (Cathleen Marguerette Harbaugh) filed August 7, 2023, (Chapter 13 Case). Case Dismissed August 22, 2023, for failure to file information. Case Closed September 22, 2022.

It appears the Debtor may have abused the privilege of proceeding under the *Bankruptcy Code* due to the multiple filings. Therefore, the Court requires the Debtor to establish good faith. In the event the Debtor fails to appear and/or fails to establish good faith, the Court will consider appropriate remedial action which may include *dismissal with prejudice with two-year bar* to refiling.

*AND NOW*, this *2nd* day of *February 2026*, it is hereby **ORDERED, ADJUDGED and DECREED** that an ***Order to Show Cause*** is issued against the Debtor, ***Cathleen Marguerette Harbaugh***, and Counsel, if retained, to ***personally*** appear on **February 24, 2026, at 1:30 p.m.** in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, to show cause why the pending Bankruptcy case should not be dismissed, with prejudice, resulting in a two-year bar to refiling and/or other relief being entered.

_____jlm_____
John C. Melaragno, Judge
United States Bankruptcy Court


SIGNED
2/2/26 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 26-20282-JCM

Cathleen Marguerette Harbaugh  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Feb 02, 2026  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

**Recip ID          Recipient Name and Address**
db              + Cathleen Marguerette Harbaugh, 1109 Woodward Avenue, Apt. 1, McKees Rocks, PA 15136-2211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

**Name**  **Email Address**

Frank E. Yourick, Jr.
    on behalf of Debtor Frederick Harbaugh YourickEfile@aol.com e.johns@aol.com

Frank E. Yourick, Jr.
    on behalf of Joint Debtor Cathleen Harbaugh YourickEfile@aol.com e.johns@aol.com

Matthew Gross
    on behalf of Debtor Cathleen Marguerette Harbaugh pwillis@consumerlawattorneys.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell R. Sanders

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

       on behalf of Creditor Nuvell Credit Corporation rsanders@tuckerlaw.com

S. James Wallace
       on behalf of Creditor Equitable Gas Company ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

S. James Wallace
       on behalf of Creditor Duquesne Light Company ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8