## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Cathleen Marguerette Harbaugh aka                    CHAPTER 13
Cathleen Harbaugh, aka Cathleen M. Harbaugh
            Debtor(s)                    BKY. NO. 26-20282 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of AMERIHOME MORTGAGE COMPANY LLC and index same on the master mailing list.

                Respectfully submitted,

/s/  Denise Carlon

Denise Carlon
04 Feb 2026, 18:17:39, EST

Denise Carlon, Esq. (317226)    ☑
Matthew Fissel, Esq. (314567)    ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 8c2e552b4ced7e1b0dd71cd383fc02a1ccdad50c64c8c49249477c7bc9e33490