# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re: CATHLEEN MARGUERETTE HARBAUGH  
    Debtor

CATHLEEN MARGUERETTE HARBAUGH

    Movant

RONDA J. WINNECOUR  
    Respondent

CASE NO: 26-20282-JCM  
CHAPTER 13

Hearing: February 24, 2026 at 1:30 p.m.

_____/

### RESPONSE TO TRUSTEE'S ORDER TO SHOW CAUSE (Doc. 12)

Undersigned counsel, on behalf of Debtor, **Cathleen Marguerette Harbaugh**, respectfully files this Response to Trustee's Order to Show Cause (Doc No. 12), and in support thereof, states as follows:

1. That on or about January 30, 2026, Debtor filed a Voluntary Petition for Relief under Chapter 13 of Title 11, United States Code (the "Petition").

2. That on or about February 2, 2026, the Chapter 13 Trustee filed the Order to Show Cause for multiple filings in a 10-year period.

3. Debtor filed a Chapter 13 case on August 7, 2023 and the case was dismissed on August 22, 2023 for failure to file information. Debtor's daughter, has Power of Attorney and was working diligently to obtain all of the documentation for the attorney of record but was unable to meet the deadline.

4. Debtor filed a Chapter 13 case on December 29, 2023 and the case was dismissed on January 19, 2024 for failure to file Chapter 13 Plan and Declaration. The undersigned counsel at the time of filing inadvertently missed the deadline unintentionally.

5. Debtor filed a Chapter 13 case on May 30, 2024 and the case was dismissed on November 18, 2025 for failure to make plan payments. The debtor's Chapter 13 Plan was amended three times during the course of the bankruptcy.

6. The multiple amendments confused the debtor and her daughter and they did not realize they needed to increase the plan payment and continued to make the payment of $1,501.19 for several months before the trustee notified counsel regarding the delinquent payments.

7. Debtor is able to maintain the current plan payment and will be pro-active in ensuring any changes are immediately processed with TFSbillpay.com for all future payments.

8. That the Debtor has filed this case in good faith and requests the current case be allowed and the Court deny the Trustee's request to dismiss with prejudice with two-year bar to refiling.

WHEREFORE, **Cathleen Marguerette Harbaugh** respectfully requests an Order Denying Trustee's Request to Dismiss Case with prejudice with a two-year bar to filing and granting such other and further relief as the Court deems just and proper.

Dated: February 13, 2026

                                                **CONSUMER LAW ATTORNEYS**

                                                /s/ *Matthew Gross*
                                                Matthew Gross, Esq.
                                                PA Bar #317173
                                                608 Laramie Place
                                                Philadelphia, PA 19115
                                                (215) 350-1518
                                                Email: mattgrossesq@gmail.com
                                                Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before February 13, 2026, a true and correct copy of this Response was served via CM/ECF to those parties registered to received electronic notice and by First Class U.S. Mail to those listed in the attached Mailing Matrix.

                                                **CONSUMER LAW ATTORNEYS**

                                                /s/ *Matthew Gross*
                                                Matthew Gross, Esq.
                                                PA Bar #317173
                                                608 Laramie Place
                                                Philadelphia, PA 19115
                                                (215) 350-1518
                                                Email: mattgrossesq@gmail.com
                                                Attorney for Debtor

```
Label Matrix for local noticing          Nuvell Credit Company, c/o AIS Portfolio Ser   U.S. Bankruptcy Court
0315-2                                   4515 N Santa Fe Ave. Dept. APS                 5414 U.S. Steel Tower
Case 26-20282-JCM                        Oklahoma City, OK 73118-7901                   600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                        Pittsburgh, PA 15219-2703
Pittsburgh
Fri Feb 13 09:18:33 EST 2026

(p)CENLAR FSB                            Office of the United States Trustee            Cathleen Marguerette Harbaugh
425 PHILLIPS BLVD                        1000 Liberty Avenue                            1109 Woodward Avenue
EWING NJ 08618-1430                      Suite 1316                                     Apt. 1
                                         Pittsburgh, PA 15222-4013                      McKees Rocks, PA 15136-2211


Matthew Gross                            Ronda J. Winnecour
Law Offices of Matthew Gross, P.C.       Suite 3250, USX Tower
608 Laramie Place                        600 Grant Street
Philadelphia, PA 19115-1811              Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cenlar FSB
Attn: Bankruptcy Department
425 Phillips Boulevard
Trenton, NJ 08618
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Amerihome Mortgage Company LLC        End of Label Matrix
                                         Mailable recipients    7
                                         Bypassed recipients    1
                                         Total                  8
```