IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-20282-JCM |
| | : | | |
| Cathleen Marguerette Harbaugh | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/10/2026 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**       #12 Order to Show Cause for Multiple Case Filings

**APPEARANCES:**
   Debtor: Stephen Faghe
   Trustee: Kate DeSimone

**NOTES:**

Faghe:   This is a case where the daughter of the Debtor has the power of attorney, and she is struggling to make good on her mother's finances. We believe the Debtor is in a better position to make the payments.

**OUTCOME:**   Case dismissed with two year bar. Chambers to enter order.

SIGNED
3/10/26 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA