IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CATHLEEN MARGUERETTE | : | Case No. 26-20282-JCM |
| HARBAUGH, | : | Chapter 13 |
| *Debtor.* | : | Related to Doc. No. 12 |

## <u>ORDER</u>

On March 10, 2026, a hearing was held on the ***Order to Show Cause*** (Doc. 12) issued against the Debtor for multiple case filings, i.e. more than three cases filed in the previous 10 years.  The *Order to Show Cause* required the Debtor to personally appear and explain these filings and whether she is proceeding in good faith.  The Debtor failed to appear at the hearing which further establishes the Debtor's course of conduct and failure to meet her responsibilities in bankruptcy. Therefore,

***AND NOW,*** this ***10th*** day of ***March, 2026***, for the reasons stated at the hearing and the above, it is hereby ***ORDERED***, ***ADJUDGED and DECREED*** that:

(1)      The above-captioned case is ***DISMISSED with prejudice, with a two-year bar to refiling.***  The Debtor is ineligible to file bankruptcy under any chapter for a period of two years from the date of this order.

(2)      Creditor collection remedies are ***REINSTATED*** pursuant to *11 U.S.C. § 349,* and creditors are directed to *11 U.S.C. § 108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this *Order.*

1

(3)    Debtor remains legally liable for all of her debts as if the bankruptcy petition

had not been entered.

BY THE COURT:

_____
John C. Melaragno, Judge
United States Bankruptcy Court

Case administrator to serve:
    All Creditors and Parties in Interest

SIGNED
3/10/26 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Cathleen Marguerette Harbaugh

    Debtor

Case No. 26-20282-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cathleen Marguerette Harbaugh, 1109 Woodward Avenue, Apt. 1, McKees Rocks, PA 15136-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2026 00:22:45 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16632496 | Email/Text: BKelectronicnotices@cenlar.com | Mar 11 2026 00:16:00 | Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Boulevard, Trenton, NJ 08618 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| on behalf of Creditor Amerihome Mortgage Company LLC dcarlon@kmllawgroup.com | |

District/off: 0315-2                         User: auto                              Page 2 of 2
Date Rcvd: Mar 10, 2026                      Form ID: pdf900                         Total Noticed: 3

Frank E. Yourick, Jr.
                    on behalf of Joint Debtor Cathleen Harbaugh YourickEfile@aol.com  e.johns@aol.com

Frank E. Yourick, Jr.
                    on behalf of Debtor Frederick Harbaugh YourickEfile@aol.com  e.johns@aol.com

Matthew Gross
                    on behalf of Debtor Cathleen Marguerette Harbaugh mattgrossesq@gmail.com
                    mattgrossesq@gmail.com;bk@boweodorizzilaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Russell R. Sanders
                    on behalf of Creditor Nuvell Credit Corporation rsanders@tuckerlaw.com

S. James Wallace
                    on behalf of Creditor Duquesne Light Company ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace
                    on behalf of Creditor Equitable Gas Company ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 9