IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Cathleen Marguerette Harbaugh                  :
                                                  :   Bankruptcy No. 26-20282
       Debtor(s)                             :
                                                  :   Chapter 13
Cathleen Marguerette Harbaugh                         :
                                                  :
    Movant(s)                                  :   Related to Document No. 34
                                                  :
        v.                            :   Hearing Date and Time: July 16, 2026 @ 11:00 a.m.
                                                  :
Amerihome Mortgage Company, LLC and
Ronda J. Winnecour, Trustee
Respondent(s)

**CERTFICATE OF SERVICE OF NOTICE OF
HEARING AND FIRST AMENDED CHAPTER 13 PLAN**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) May 27, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 27, 2026

By:                /s/Matthew Gross
                       Signature
                       Matthew Gross
                       Typed Name
                       608 Laramie Place, Philadelphia, PA 19115
                       Address
                       (215) 313-0262
                       Phone No.
                       317173 PA
                       List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**

Label Matrix for local noticing
0315-2
Case 26-20282-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Feb 13 09:18:33 EST 2026

Nuvell Credit Company, c/o AIS Portfolio Ser
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Cathleen Marguerette Harbaugh
1109 Woodward Avenue
Apt. 1
McKees Rocks, PA 15136-2211

Matthew Gross
Law Offices of Matthew Gross, P.C.
608 Laramie Place
Philadelphia, PA 19115-1811

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cenlar FSB
Attn: Bankruptcy Department
425 Phillips Boulevard
Trenton, NJ 08618

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Amerihome Mortgage Company LLC

End of Label Matrix
Mailable recipients     7
Bypassed recipients     1
Total                   8