IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Cathleen Marguerette Harbaugh | : | Case No. 26-20282-JCM |
| | : | Chapter 13 |
| *Debtor* | : | |

**ORDER DISMISSING CASE WITH PREJUDICE WITH A TWO-YEAR BAR**

***AND NOW,*** this ***6th*** day of ***October, 2026,*** after notice and the Debtor having failed to comply with the requirements of the Bankruptcy Code, the Local Rules of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above-captioned case is ***DISMISSED, with prejudice***, pursuant to *11 U.S.C. §109(g)*, ***the Debtor is ineligible to file bankruptcy under any chapter for two years from the date of this Order***. The Debtor remains legally liable for all their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall immediately serve a copy of this Order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and this case shall be deemed closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
10/6/26 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-20282-JCM
Cathleen Marguerette Harbaugh Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Oct 06, 2026 Form ID: pdf900 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathleen Marguerette Harbaugh, 1109 Woodward Avenue, Apt. 1, McKees Rocks, PA 15136-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 02:14:24 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16661568 | ^ | MEBN | Oct 07 2026 01:59:32 | AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 16632496 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Oct 07 2026 01:59:00 | Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Boulevard, Trenton, NJ 08618 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank E. Yourick, Jr. | on behalf of Joint Debtor Cathleen Harbaugh YourickEfile@aol.com e.johns@aol.com |
| Frank E. Yourick, Jr. | on behalf of Debtor Frederick Harbaugh YourickEfile@aol.com e.johns@aol.com |
| Matthew Fissel | on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com |
| Matthew Gross | on behalf of Debtor Cathleen Marguerette Harbaugh mattgrossesq@gmail.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell R. Sanders | on behalf of Creditor Nuvell Credit Corporation rsanders@tuckerlaw.com |
| S. James Wallace | on behalf of Creditor Duquesne Light Company ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Company ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9